U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 FEB -2 PM 2:52

CLERK
BY _____
DEPUTY CLERK

State of Vermont
US District Court —
Federal Civil Division

US District Court
Burlington Unit

Docket No. 2:22-cv-8

George E Woods Jr
and Vermont Incarcerated
Inmates

v.

State of Vermont, Dept of Health
Director Mark Levine
State of Vermont Dept of Corrections
James Baker, Nicholas Deml
Thomas J. Donovan

— Class Action Civil Action —

Now Comes George Woods Jr Pro-Se Pursuant to 42 USC § 1983; V.R.C.P. 23, 12 V.S.A § 5601 & 5602 Hereby moves this honorable District Court to Grant Relief upon Petition, as stated herein, within facts of the case.

Facts Background

1. Plaintiff Woods is and has been the Plaintiff, at 3 Separate Correctional institutions at the times of incident; MVRCF, SSCF and NSCF; Location Rutland, Springfield

and Newport. As He is Now under the Care and Custody of Scott Morley and Nicholas Deml; Now Housed at NSCF 2559 Glenn Rd. Newport, Vt.

2. The Class action Plaintiffs are all Inmates that were incarcerated at MVRCF, NSCF, SSCF, NWSCF, NSCC out of state placement and the females facility; Between March of 2020 and the existing Dates into 2022, As were receiving Cruel treatment - See Attached Exhibit 1 (41) Signatures of Inmates, who faced the ongoing punishment detailed within:

3. The Defendants Are and Have Been: VT. Dept of Health, Director Mark Levine
VT. Dept. of Corrections Commissioner James Baker, As he had been the Commissioner or acting from March 2020 to Nov. 1, 2021
Nicholas Deml, is now the Commissioner in Charge Since Nov. 1, 2021

History –

4. On 4/02/2020 Plaintiff Woods was incarcerated, Placed in NSCF in the Seg Unit, for Quarinteen for 14 days.

This consist of. 1) No use of thephones 2) No use of legal material to defend any legal matters 3) No Recreation period, besides a 10 minute shower 4) No Communication w/ the People in Society 5) Hardly No Hot food 6) No Radio 7) No News or T.V. access 8) No visits –

"At this time D.O.C had access to be able to Swab and test Individuals that were incarcerated, As they choose not to use that method, instead, kept Individuals isolated in Segrigation."

Nurse's did not change their Gloves and CO's went in Cell to Cell, and conducted Bar and window checks. Therefor, there was nothing done Special to prevent the Spread of the virus "Therefor conducting this treatment for Nothing". All inmates coming into the facility were treated as this –

5. Since 4/22/2021 to my knowledge and experience, The Defendants; while in the Covid-19 Mandated State Actions have Caused The Plaintiffs, A-Typical Significant Hardships and have Stripped The Plaintiffs from many rights under our US. Constitution; USCS Const. Amend one, five, Six, eight and fourteen –

    How they have violated Constitutional Rights –

A) USCS Const. Amend One Violation;

American citizens All have a Right to Freedom of Speech, Movement and religious Beliefs – This has been Restricted, even when many Inmates have been Vacinated and The State Allows, non-Vacinated Officers and personel into the facility and have full access, to every Building, unit and cell while the Same officials Restrict us from visits with our friends and family. See Overton v. Bazzetta, 539 U.S. 126, 137 (2003) It had been found Visitation falls under a Valid Penological Interest, and passed the Turner test, As the 1st, 8th & 14th US. Amendment is violated, by not allowing Visits / Family

PAGE 4 of 14

Contact, Although, The VT. D.O.C Justifies these acts to restrict visitation; because of Safety reasons; Due to Covid; Giving them the right of restriction Bellamy V. Bradley 729 F.2d. 416. 420 (6th Cir 1984) See also Lynott V. Henderson 610 F.2d 340 (11th Cir. 1980) King V. Caruso 542 F.Supp. 2d 703. 711 (E.D. Mich. 2008)

Although, These visits have been restricted based on a Covid-19 Band Hallial V. Hopkins 947 F.Supp 978 (S.D. Miss 1995)

The Question, Can this Ban Be justified, Considering the state of Vermont, "Allowing" The VT. Dept of Corrections officials, Come in the facility, Un vaccinated and the one's Spreading the virus and Causing the Mass lock downs – Ryerse V. Caruso No. 1:08-CV-516 2009 US. Dist. LEXIS 82839 (W.D. Mich July 20, 2009)

(B) VT. D.O.C Has Stoped Religious Services – See; O'Lone V. Estate of Sheabazz 482 U.S 342 (1987) No one can be deprived of this right to have Religious Services, As the Spiritual Connection with others, is healthy healing and re-habilitative.

PAGE 5 OF 14

C) Vt. D.O.C officials (Defendants) Restricted outside Recreation and Reasonable amount of time; out of our cells —

Prisons must provide prisoners with exercise out of the cells See Keenan v. Hall 83 F.3d 1083, 1089 (9th Cir. 1996) Delany v. DeTella 256 F.3d 679 (7th Cir. 2001) Prisoners can not be deprived of outside exercise for long periods of time. Hearns v. Terhune 413 F.3d 1036 (9th Cir. 2005)

(D) Vt. D.O.C officials (Defendants) Restricted use of the telephone; and video visits Even, After a Court order to Allow and mandate the visits —

See: McMaster v. Pung 984 F.2d 948, 953 (8th Cir. 1993)

E) Vt. D.O.C officials (Defendants) Has Caused Prisoners (Plaintiffs) Deprivation of Quality and Quantity of food, As-the Prison is not Maintaining the Healthy Standards Approved under the FDA; and were not given Hot food: See: Robles v. Coughlin 725 F.2d 12 (2d. Cir. 1983)

PAGE 6 of 14

(F) VT. D.O.C. officials (Defendants) Have denied access to the Law library, Prevented access to the courts, by not allowing Emergency filings, Altered and destroy evidence and violate The Due Process of the Prisoner-

Case workers in fact accept legal motions from Attorneys; And distribute them, in a time, they See fit. See In Re: Bounds 430 U.S. 817 See: Costillo v. Cook County Mail Room 990 F.2d 304 (7th Cir. 1993) Bierega v. Reno 59 F.3d 1445 (3rd cir. 1995)

D.O.C. Also, has prevented access to copies at times and when motions have been Sent in to have copies - The motion has to be approved through The Vt. Dept. of Corrections Attorney - As D.O.C. will prolong the Copies to be done, on numerous accassions in Retaliation: John v. N.Y.C Dept of Corrections 183 F. Supp 2d 619 (S.D.N.Y 2002) Thaddeus-X v. Blatter 175 F.3d 378 (6th Cir 1999); Calhoun v. Hargone 312 F.3d 730 (5th Cir. 2002); Witte v. Wisconsin Dept. of Corrections 434 F.3d 1031 (7th cir 2006) The Pattern of this Abuse has

PAGE 7 of 14

Become Continueous, let alone, the system, the facility has had to allow access to the Courts and legal material for filings has violated Rights of the Plaintiffs, As this has infact prolonged Incarcerative stay's for Plaintiffs and Due process Rights violated, within the Disciplinary processes creating punishment when punishment isn't neccessary - Lewis v. Casey; Salahuddin v. Goord 467 F.3d 263 (2d Cir 2006) Even Inmates in Segregation; have to have a meaningful way of accessing the law library - This has been denied: Trujillo v. Williams 465 F.3d 1210 (10th Cir 2006) Marange v. Fontenot 879 F.Supp 679 (E.D.Tex. 1995) Wolff v. McDonnell 418 U.S. 539 -

<u>Plaintiffs Right to Decent Conditions in Prison</u>
Incarcerated Individual Plaintiffs; All have right of Basic needs: Shelter, Food, Exercise clothing, Sanitation and Hygene - Rhodes v. Chapman 452 U.S. 337, 346 (1981) The Above restrictions, have been extreme and very Harsh on the Plaintiffs, Going on Two years    we have been Exposed to objective and subjective harm

PAGE 8 of 14

Farmer v. Brennan 511 U.S. 825 (1994) Wilson v. Seiter 501 U.S. 294 (1991). We have been deprived of our basic human needs and have been exposed by serious harm, As D.O.C. officials are the perpetrators of bringing the virus into the facility, Causing, great illness and almost near death experiences; not allowing offenders to be released that have already served the program requirements and minimum release.

These Defendants are all responsible, as they have all been notified, Through numerous exhausted Remedies, Request Forms, Letters, Grievances System and Even Court orders –

These Plaintiff's state; The D.O.C has acted in a deliberate indifference, As they have all been notified, Even, Been notified, of how to possibly reduce the germ exposure, through different ways they conduct their day to day activity.

(6). The actions listed here in have in fact caused A-typical significant Hardships Frazier v. Coughlin 81 F.3d at 313, 317 (2d. Cir 1996); Brown v. Plant

PAGE 9 of 14

131 F.3d at 163 (D.C. Cir 1997) As the restrictions have taken away from the normal day to day living, within Prison life.- It has been pointed out, to have matters addressed, many times, As D.O.C. officials have acted irresponsibly and have exposed the plaintiffs, to more harm, than they have kept them from. These officials, Such as the Acting Supervisors in Each facility Are liable under Title 28 Authority and Are not protected under the Immunity of the 11th Amendment, based on the facts - They have not done preventative actions, besides create more liberty violations and Restrictions of the Inmates: Plaintiff Woods has been personally harmed, Considering when he contracted Covid 19 from a Correctional Officer at NSCF - He had been induced of having 2 Seizures and split his Eye-Brow, during the Seizuring, and, it had hospitalize A Incarcerated Individual By the name of "Allen Marsh Inmate #13788"

- Demand of Preservation -

A) "All" Surveillance videos in Every facility in the last 9 months -

B) All Medical Records, of every Inmate that Contracted Covid-19, while Incacerated...

C) All Inmates Names, location status in and out of State, Under Care of Vt. D.O.C from 3/2020 — ongoing into 2022 -

D) Town mandates, State mandates and VT. Health instructions to the VT. D.O.C

E) All Covid-19 Conversations, Documentations E-mail correspondence, between the facilities and Commissioner / Executives and Vt. Health, And or Government officials -

F) All records of the CO's whom Were Possitive with Covid-19 from 3/2020 into 2022 -

G) All Records of Covid-19 lock downs for the 24 hour a day prosses, exceptions to Showers -

H) All Grievances, involving Covid-19 Treatment from all Inmates, whom filed, All request forms and Documents

I) All Court Cases - Where Companies have been Sued By Thomas Donovan and or Fined -

Damages -

Plaintiffs Are Requesting Nominal Damages of $1.00 from all Defendants, Jointly and Severly, showing their Rights were violated -

Plaintiffs Are Requesting Punitive Damages from Defendants in the Amount of Three million dollars Jointly and Severly by the Defendants, to be Devided equally to the Plaintiffs, due to their Suffering and Blantant violation of their rights, in creation of violating their rights of USCS. Const. 1, 4, 5, 6, 8, 14

Plaintiffs Are Requesting Compensatory Damages of Two million Dollars Jointly and Severly by the Defendants to be Devided equally to the Plaintiffs do to their loss of liberty and Additional funds being Spent for All basic needs Additional Time Spent for not being able to access the Courts properly, not having family ties met etc -

Therefor Plaintiffs pray for following Relief.

1. This Honorable Court to Accept Jurisdiction.
2. Order for a prompt Hearing.
3. Order injunction to prevent D.O.C to continue these violations here in Stateal.
4. Order and Demand Speedly Trial.
5. Bring all other legal violations to Court, under law.
6. Order all other Relief under law
7. Order, Nominal Damages, Compensatory Damages and Punitive Damages, to be payed by the Defendants
8. All legal expenses to be paid by the Defendants upon final order if in favor of the Plaintiffs.
9. Leave to Amend.

Waiver of Court fees -
Plaintiff woods Contest that he is in fact indigent and has a total of Twenty two Dollars, in his inmate account and has been incarcerated

Since 4/22/2020, with no Assets - and has a facility job, that he makes $62 Every Two weeks -

Plaintiff Woods Swears under penalty of perjury that all in here, is factual to the best of his understanding and knowledge.

Executed at NSCF 2559 Glenn Rd., Newport, Vt. 05855 on this 15 day of December 2021

I Plaintiff Woods Certify I have Sent Service of this Class action Tort and Signature to: Thomas J. Donovan Office of Attorney General 109 State Street, Montpelier, VT 05609 By U.S. mail on 12/ /21

Respectfully Submitted

George E Woods Jr
NSCF 2559 Glenn Rd.
Newport, VT 05855

Covid-19 Lockdown Punishment

(Inmate) 1. Signature [signature]                           D.O.B 10-03-88
         Print Joseph Truszkowski                           ID# 106195
Recent Time Incarcerated From -                             to -
       2. Signature Robert Verrastro                        D.O.B 7/18/78
          Print Robert Verrastro                            ID# 21481
Recent Time Incarcerated From                               to -
       3. Signature [signature]                             D.O.B 2/11/86
          Print Daniel Ioana                                ID# 89393
Recent Time Incarcerated From                               to -
       4. Signature Cole Brooks                             D.O.B 12/14/84
          Print                                             I.D# 64668
Recent Time Incarcerated From                               to - D
       5. Signature Doug Bailey                             D.O.B 1/16/77
          Print Doug Bailey                                 I.D# 64313
Recent Time Incarcerated From                               to
       6. Signature [signature]                             D.O.B 10/23/86
          Print Jacob Tourangeau                            I.D# 76113
Recent Time Incarcerated From 5/2021-  7/2017-1/2021        to
       7. Signature Jonathan Stuart                         D.O.B 4-12-97
          Print Jonathan Stuart                             I.D# 129001
Recent Time Incarcerated From 6-28-21                       to 1-8-22
       8. Signature                                         D.O.B
          Print                                             I.D#
Recent Time Incarcerated From                               to
       9. Signature                                         D.O.B
          Print                                             I.D#
Recent Time Incarcerated From                               to

Covid lockdown Punishment

| | |
|---|---|
| Inmate 1. Signature | DOB |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 2. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 3. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 4. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 5. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 6. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 7. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 8. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |
| 9. Signature | D.O.B |
| Print | ID # |
| Recent Time Incarcerated From | to |